447 A.2d 665

Commonwealth v. Svirbley, Appellant.

Argued October 15, 1981. Robert G. Kochems, for appellant; Charles Hersh, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, JOHNSON and MONTEMURO, JJ.

The judgment of sentence is affirmed.